LAFONTAN v. ELTING, Collector, et al.
No. 379.

Circuit Court of Appeals, Second Circuit.
May 27, 1932.

For original opinion, see 58 F.(2d) 180.

Guerra Everett, of New York City (Joseph Wheless and Phillip Burnett Thurston, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

As to the obligations of the surety on this bond, see United States, to Use of Zambetti, v. American Fence Construction Co. et al. (C. C. A.) 15 F.(2d) 450; Babcock & Wilcox et al. v. American Surety Co. (C. C. A.) 236 F. 340; United States, for Use of National Regulator Co., v. Montgomery Heating & Ventilating Co. et al. (C. C. A.) 255 F. 683; United States, for Use of W. B. Young Supply Co., v. Stewart et al. (C. C. A.) 288 F. 187; United States, to Use of Stallings et al., v. Starr et al. (C. C. A.) 20 F.(2d) 803.

Petition for rehearing denied.